**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| KARIM SANOGOH, | : | Case No. 1:25-cv-787 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge Matthew W. McFarland |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| FIELD OFFICE DIRECTOR FOR | : | |
| ENFORCEMENT AND REMOVAL | : | |
| OPERATIONS DETROIT, | : | |
| | : | |
| Respondent. | | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Karim Sanogoh, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).  The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than December 4, 2025.

**IT IS SO ORDERED.**

November 20, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge