**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| KARIM SANOGOH, | : | Case No. 1:25-cv-787 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| KEVIN RAYCRAFT, | : | |
| | : | |
| Respondent. | : | |

**JUDGMENT IN A CIVIL CASE**

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:** The Court concludes that Petitioner is not entitled to habeas relief at this time. Accordingly, the Court ORDERS the following:
1) The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE; and
2) This matter is TERMINATED from the Court's docket.

Dated:  February 4, 2026.                    Richard W. Nagel, Clerk of Court
                                                        By: */s/ Kellie A. Fields*
                                                              Deputy Clerk